NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY DALE STONE,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-941
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed May 16, 2018.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender and
Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.